### September 22, 1997

17062     Tetterington v. Kona Alii Ass'n of Apartment Owners, By and Through Bd. of Directors; Nuttycombe v. Kona Alii Ass'n of Apartment Owners, By and Through Bd. of Directors     Affirmed